No. 1,571.

## WARDER *v.* GOLDBACH, ADMINISTRATRIX.

From the Floyd Circuit Court.

*Stotsenburg & Voigt, J. B. Merriwether* and *Kelso & Kelso,* for appellant.

*Burke* and *Jewett & Jewett,* for appellee.

LOTZ, J.—The questions involved in this appeal are the same as those in the case of *Payne* v. *Goldbach, Admx.,* 14 Ind. App. 100. Upon the authority of that case, this case is affirmed.

Filed January 8, 1896.

---

No. 1,862.

## KEATON *v.* SNIDER.

From the Shelby Circuit Court.

*Hord & Adams,* for appellant.

*Adams & Carter,* for appellee.

DAVIS, J.—The questions presented in this case are identical with those in *Keaton* v. *Snider,* 14 Ind. App. 66.

On the authority of that decision the judgment in this case should be affirmed.

Judgment affirmed.

Filed December 13, 1895.